NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**OK'S CASCADE COMPANY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2011-5082

_____

Appeal from the United States Court of Federal Claims in No. 07-CV-702, Judge Thomas C. Wheeler.

_____

**JUDGMENT**

_____

JOHN LUKJANOWICZ, Law Offices of John Lukjanowicz, PC, of Seattle, Washington, argued for plaintiff-appellant.

JACOB A. SCHUNK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, O'MALLEY and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 11, 2012 /s/ Jan Horbaly
Date Jan Horbaly
Clerk